FRIEDMAN v. EDWARD U. KAHN, Inc.

(Supreme Court, Appellate Term.   May 4, 1911.)

APPEAL AND ERROR (§ 1012*)—REVIEW—JUDGMENT—CONCLUSIVENESS.

On an appeal from a judgment for plaintiff, all disputed questions of fact must be deemed to have been determined in his favor, and should not be disturbed, unless the determination is so against the evidence as to indicate prejudice, misapprehension, or passion.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3990; Dec. Dig. § 1012.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Action by Benjamin J. Friedman against Edward U. Kahn, Incorporated. Judgment for plaintiff, and defendant appeals. Modified and affirmed.

Argued before SEABURY, LEHMAN, and GERARD, JJ.

David Bernstein, for appellant.

Weed, Henry & Meyers, for respondent.

PER CURIAM. The court below having rendered judgment for the plaintiff, all disputed questions of fact must be deemed to have been determined in his favor, and should not be disturbed by this court, unless such determination is so against the weight of evidence as to indicate prejudice, misapprehension, or passion, which does not appear in this case. We are unable to discover, however, from a careful examination of the evidence, that the plaintiff showed himself entitled to more than $153.

Judgment modified, by reducing the amount to $153 and appropriate costs in the court below, and, as modified, affirmed, with $15 costs to the appellant to be applied upon the judgment.